

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Thomas J. "Tom" Sibley,    * From the County Court at
Law of Ector County,
Trial Court No. CC-19,833.

Vs. No. 11-12-00235-CV    * August 29, 2014

VonDean Lawson, independent    * Memorandum Opinion by Bailey, J.
executrix of the Estate of Theodore    (Panel consists of: Wright, C.J.,
Mattison Lawson, deceased,    Bailey, J., and McCall, sitting
by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the judgment of the trial court, and we remand the cause to the trial court for further proceedings consistent with this court's opinion. The costs incurred by reason of this appeal are taxed against VonDean Lawson, independent executrix of the Estate of Theodore Mattison Lawson, deceased.